**Order entered March 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00877-CR
No. 05-14-00878-CR
No. 05-14-00879-CR
No. 05-14-00880-CR

**REGINALD KEITH PINK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **DENIES** appellant's March 4, 2015 motion to dismiss counsel and to appoint new counsel and motion to strike the *Anders* brief. The brief has been on file since November 6, 2015. Appellant was given until February 4, 2015 to file a pro se response to the *Anders* brief and did not do so. The appeals are at issue and will be submitted in due course on the *Anders* brief.

We **DIRECT** the Clerk to send copies of this order, by first-class mail, to Reginald Pink, TDCJ No. 1938997, McConnell Unit, 3001 South Emily Drive, Beeville, Texas 78102.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
       JUSTICE